# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR -6 PM 2: 11
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP  DEPUTY

MICHAEL DIORIO

vs

THE COCA COLA COMPANY, a Delaware Corporation; ENERGY BRANDS, INC., a New York Corporation and doing business as GLACEAU

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 0418 H CAB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

L. Michael Wilson, Esq.
Apollo Law Group, APLC
555 W. Beech Street, Suite 215
San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | 3/6/08 |
|---|---|
| CLERK | DATE |

By C. PUTTMANN, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)