| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>George De La Flor, Esq. SBN 112488<br>8355 La Mesa Blvd<br>La Mesa        CA        91941 | TELEPHONE NO.<br>(619) 698-2926 | FOR COURT USE ONLY |
| ATTORNEY FOR (Name)    Plaintiff | | |
| Insert of Court Name of Judicial District and Branch Court if any<br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA | | FILED<br>08 APR -8 PM 2:08<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIF.<br>BY: ___ DEPUTY |
| SHORT TITLE OF CASE<br>DIORIO V. THE COCA-COLA COMPANY | | Case Number:<br>08CV0418HCAB |
| 1332341    (HEARING) Date    Time    Dept | | REFERENCE NO.<br>DIORIO |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION

2. I SERVED COPIES OF THE:
   SUMMONS & COMPLAINT

3. A. PARTY SERVED:    The Coca-Cola Company, a Delaware Corporation

   CT Corporation System, Agent for Service

   B. PERSON SERVED:    MARGARET WILSON, AUTHORIZED TO RECEIVE
   CAUCASIAN FEMALE 60YRS 5'02" 125LBS. GRAY HAIR

4. C. ADDRESS:    818 W 7th St
   Los Angeles        CA        90017

5. I SERVED THE PARTY NAMED IN ITEM 3
   A. BY PERSONALLY DELIVERING THE DOCUMENTS LISTED IN ITEM 2 TO THE PARTY OR PERSON AUTHORIZED TO RECEIVE SERVICE OF PROCESS FOR THE PARTY.    ON    3/7/2008 AT    2:40:00 PM

6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:

   D. ON BEHALF OF:
   The Coca-Cola Company, a Delaware Corporation
   CT Corporation System, Agent for Service

   UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : CORPORATION    CCP 416.10

   d. The fee for service was    $95.90

7a. Person Serving:    Enrique    Mendez

   e. I am:
   (1)    not a registered California process server:
   (3) X    registered California process server:
   (i) Independant Contractor
   (i) Registration No:    434/3428
   (i) County:    oc/la

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

X _____
SIGNATURE

3/26/2008    Enrique    Mendez

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

**PROOF OF SERVICE**

CRC 982(A)(23)