| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| George De La Flor, Esq. SBN 112488<br>8355 La Mesa Blvd<br>La Mesa    CA    91941 | (619) 698-2926 | FILED<br>08 APR -8 PM 2:08<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY: _____ DEPUTY |
| ATTORNEY FOR (Name)    Plaintiff | | |
| Insert of Court Name of Judicial District and Branch Court if any<br>UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA | | |
| SHORT TITLE OF CASE<br>DIORIO V. THE COCA-COLA COMPANY | | |
| 1332360    (HEARING) Date    Time    Dept | | Case Number:<br>08CV0418HCAB<br>REFERENCE NO.<br>DIORIO |

## PROOF OF SERVICE OF SUMMONS

1. AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION

2. I SERVED COPIES OF THE:
   SUMMONS & COMPLAINT

3. A. PARTY SERVED:    Energy Brands, Inc., a New York Corporation and

   doing business as Glaceau
   CT Corporation System, Agent for Service

   B. PERSON SERVED:    MARGARET WILSON, AUTHORIZED TO RECEIVE
   CAUCASIAN FEMALE 60YRS 5'02" 125LBS. GRAY HAIR

4. C. ADDRESS:    818 W 7th St
   Los Angeles    CA    90017

5. I SERVED THE PARTY NAMED IN ITEM 3
   A. BY PERSONALLY DELIVERING THE DOCUMENTS LISTED IN ITEM 2 TO THE PARTY OR PERSON
   AUTHORIZED TO RECEIVE SERVICE OF PROCESS FOR THE PARTY.    ON    3/7/2008 AT 2:40:00 PM

6. THE "NOTICE TO PERSON SERVED" WAS COMPLETED AS FOLLOWS:
   D. ON BEHALF OF:
   Energy Brands, Inc., a New York Corporation and
   doing business as Glaceau
   CT Corporation System, Agent for Service
   UNDER THE FOLLOWING CODE OF CIVIL PROCEDURE SECTION : CORPORATION CCP 416.10

| 7a. Person Serving:    Enrique    Mendez | d. The fee for service was    $28.50 |
|---|---|
| b. DDS Legal Support<br>2900 Bristol St<br>Costa Mesa, Ca 92626 | e. I am:<br>(1)  not a registered California process server:<br>(3) X  registered California process server:<br>(i) Independant Contractor<br>(i) Registration No: 434/3428 |
| c. (714) 662-5555 | (i) County:  oc/la |

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

3/26/2008    Enrique    Mendez        X _____
                                       SIGNATURE

Form Approved for Optional Use Judicial
Council of California
POS-010 [REV Jan 1 2007]

**PROOF OF SERVICE**

CRC 982(A)(23)